Salerno Development Company, a corporation, and B. W. Mulford, Appellants, v. Town of Salerno, Florida, a municipal corporation, and W. R. Peters, Mayor, F. A. Hamby, Vice-Mayor, and L. F. Geiger, Town Clerk, as Commissioners of the Town of Salerno, Florida, Appellees.

An Appeal from the Circuit Court for Palm Beach County.

Appeal dismissed on motion of counsel for Appellants.

*Kline, Quincey & Rice,* for Appellants.

---

H. Stanley Bullock, Appellant v. Alma G. Bullock, Appellee.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for Appellee.

*G. A. Worley & Son,* for Appellant;

*Evans & Mershon,* for Appellee.

---

L. G. Holz and Frances A. Holz, his wife, and A. James O'Connor, Appellants, v. Thomas J. Hannan, Appellee, in Case No. 4177, and

L. G. Holz and A. James O'Connor, Appellants, v. George E. Merrick, Appellee, in Case No. 5067—a Consolidated Cause.

An Appeal from the Circuit Court for Dade County.